UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LYREVA CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:15 CV 39 CDP |
| ) | |
| KIRKSVILLE MISSOURI HOSP. ) | |
| CO., L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This removed case has been reassigned to me and is before me on my review of the file. Defendant United States of America filed a motion to dismiss this case for lack of subject matter jurisdiction on July 15, 2015 [Doc. # 8]. To date, plaintiff has filed no opposition to this motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause in writing no later than **August 14, 2015**, why defendant's motion to dismiss should not be granted. Defendant USA may file a reply brief in support of dismissal no later than **August 21, 2015**. No further briefing or a hearing will be permitted.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2015.

1