UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LYREVA CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:15 CV 39 CDP |
| ) | |
| KIRKSVILLE MISSOURI HOSP. ) | |
| CO., L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER OF DISMISSAL

With consent of plaintiff,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss [7] is granted, and plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2015.